# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.      **CASE NO.** 23-CR-10127-01-JWB

**ALEXEY DELPINO-RODRIGUEZ,**

    **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT ONE

**HAZARDOUS MATERIALS VIOLATION**
**[49 U.S.C. § 5124]**

On or about July 7, 2023, in the District of Kansas, defendant,

**ALEXEY DELPINO-RODRIGUEZ**,

did willfully and recklessly transport in commerce by motor vehicle a hazardous material, diesel fuel, without properly placarding said motor vehicle, in violation of the rules and regulations prescribed by the Department of Transportation, as set forth in Title 49, Code of Federal Regulations, Section 172.332(c) and 172.504.

In violation of Title 49, United States Code, Section 5124.

A TRUE BILL.

| December 19, 2023 | s/Foreperson |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Larry W. Fadler
LARRY W. FADLER
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Larry.Fadler@usdoj.gov
Texas Bar #24080125

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

### **Count 1:  Hazardous Materials Violation**

- Punishable by a term of imprisonment of not more than five (5) years.  49 U.S.C. § 5124.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  49 U.S. Code § 32709 (a).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).